# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2023-3233
LT Case No. 2022-CF-4856-A

_____

CHASE ROBISON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
London M. Kite, Judge.

Matthew J. Metz, Public Defender, and Andrew Mich, Assistant
Public Defender, Daytona Beach, for Appellant.

Chase Robison, Madison, pro se.

Ashley Moody, Attorney General, and Daren L. Shippy, Assistant
Attorney General, Tallahassee, for Appellee.

December 3, 2024

PER CURIAM.

    AFFIRMED. *See O'Malley v. State*, 378 So. 3d 672 (Fla. 5th DCA
2024); *Parks v. State*, 371 So. 3d 392 (Fla. 1st DCA 2023), *review
granted*, 2024 WL 370043 (Fla. Jan. 31, 2024).

EDWARDS, C.J., and LAMBERT and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____